JS-6

Patrick F. Bright (SBN 68709)
WAGNER, ANDERSON & BRIGHT LLP
3541 Ocean View Boulevard
Glendale, California 91208
Tel.: (818) 249-9300
Fax:  (818) 249-9335
Email: pbright@brightpatentlaw.com

Attorneys for Plaintiff, Superior Communications,
a California Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUPERIOR COMMUNICATIONS, a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>EARHUGGER, INC., a Utah Corporation,<br><br>　　　　　　Defendant. | Case No.: CV09-4157 GAF (PLAx)<br><br>**STIPULATED JUDGMENT OF VALIDITY, INFRINGEMENT AND ENFORCEABILITY OF U.S. PATENT 5,847,545** |

It is hereby stipulated between Plaintiff Superior Communications, Inc., and Defendant Earhugger, Inc., and its successor-in-interest Empire Brands, Inc. (collectively "Earhugger, Inc.")  by and through their respective counsel and subject to Court approval, that the Court may enter a final judgment against Defendant Earhugger, Inc., providing as follows:

　　　　I.　　U.S. Patent 5,847, 545 is valid and enforceable against Defendant Earhugger, Inc.

1    II.    U.S. Patent 5,847,545 is directly infringed by Defendant Earhugger, Inc.'s sales and offers to sell the Earhugger, Inc. Power UP charger device depicted in Exhibit A hereto.  No award of damages or injunctive relief by the Court.

III    This Judgment is entered subject to and pursuant to a confidential settlement agreement between the parties hereto.  Each party shall bear its own costs and attorneys' fees.

Dated:  September 28, 2009              WAGNER, ANDERSON & BRIGHT LLP


                                        By: _____/s/_____
                                            Patrick F. Bright
                                            Attorneys for Plaintiff, Superior
                                            Communications, a California
                                            Corporation


Dated:  September 28, 2009              John Joseph Hall and

                                        KIRTON & McCONKIE


                                        By: _____/s/_____
                                             Todd Zenger
                                             Attorneys for Defendant,
                                             EarHugger, Inc., a Utah Corporation

Dated:  September 28, 2009                   John Joseph Hall and

                                        KIRTON & McCONKIE


                                        By: _____/s/_____
                                             Todd Zenger
                                             Attorneys for Empire Brands, Inc., a
                                             Utah Corporation

1
2                                    **ORDER**
3        The Court finds that there is no justification for delay in entry of a final
4   judgment between Plaintiff and Defendant.  Judgment is hereby entered by the Court
5   pursuant to the terms set forth above and stipulated to by and between the parties.
6   Dated:  October 6, 2009

                                         _____
8                                        UNITED STATES DISTRICT JUDGE

15  563574